ORIGINAL

FILED

10/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0427

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0427

MYLES CARPENTER,

    Plaintiff and Appellant,

v.

MONTANA DEPARTMENT OF
TRANSPORTATION,

    Defendant and Appellee.

ORDER

FILED

OCT 10 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Upon consideration of Appellant's motion to voluntarily dismiss his appeal and good cause appearing,

IT IS HEREBY ORDERED that Appellant's appeal in the above matter is DISMISSED with prejudice.

The Clerk is directed to provide a copy of this Order to Brad Rae Richardson and all counsel of record.

DATED this 10 day of October, 2024.

For the Court,

_____
Justice